(November 6, 1918.)

## BETTILYON HOME BUILDERS COMPANY, a Corporation, Appellant, v. C. W. THOMPSON, Respondent.

[175 Pac. 959.]

FOREIGN CORPORATIONS—RIGHT TO SUE—DOING BUSINESS WITHIN THE STATE.

> Judgment reversed on authority of *Bettilyon Home Builders Co. v. W. H. Philbrick* and *R. B. Greenwood, ante,* p. 724, 175 Pac. 958.

APPEAL from the District Court of the Fifth Judicial District, for Power County.    Hon. J. J. Guheen, Judge.

T. Bailey Lee, for Appellant.

O. R. Baum, and W. G. Bissell, for Respondent.

RICE, J.—It was stipulated that the decision in this case should follow the action of the court in the case of *Bettilyon Home Builders Co. v. W. H. Philbrick and R. B. Greenwood, ante,* p. 724, 175 Pac. 958.

On the authority of that case the judgment herein is reversed, with costs to appellant.

Budge, C. J., and Morgan, J., concur.